For The District of Delaware

TERRANCE J.M. STOKES
    Plaintiff

v.

Lt. Payson, warden Robert May,
O.Sgt O'Pray, S.Lt Phelps, Sgt Mudy Onuoha,
Sgt Caudor, Sgt Bowman, Lt Wallace,
Stacy Hollis, Officer Cpl McCarthey,
Staff Lt Corello, Major Brennox, (ETC.)
    Defendant(s)

## "Restraining Order Request"

Plaintiff Terrance J.M. Stokes, Moves to this honorable Court Requesting Restraining order against said Defendants because Defendant's are Friends and family members of Plaintiff Terrance J.M. Stokes Victim and still Department of Corrections Refuse to Move Plaintiff to different facility or State after ample Request because of threats From Staff Warning me that my Life will be a living hell and i will do day for day... Plaintiff Came to James T. Vaughn Corr facility in 2020 From "Pennsylvania" and Since then Plaintiff has been

(1.) Threatened

(2.) Bleach was Put in Plaintiff Food for 1½ year's where Plaintiff Still Suffers From being able to hold my Food down

(3.) Unable to have a Job to earn time due to the Fact that I was told I will do day For day

(4.) T.v. misplaced by Staff
(5.) Forced to be a loner because Staff has tried 2 times as Plaintiff no of that Staff has tried to have inmates assualt Plaintiff...
(6.) Plaintiff had a Asthma attack Staff Refused to Call medical to Save Plaintiff Life, other Inmates had to intervene

Plaintiff ask this Court to Please Consider the Safety and Well being of Plaintiff, and Request that this Court Grants order and enforce D.O.C to Move Plaintiff to a Secure location Where Plaintiff would be treated fairly, and Stop the Unjust matters happening to Plaintiff or order a Outside investigation

Terrance J.M. Stokes
#00849514  #E-bld
James T. Vaughn Corr
1181 Paddock Road
Smyrna DE 19977